# ELECTRONIC RECORD

**839-15**

COA # 07-14-00182-CR          OFFENSE: 1

STYLE: Salvador Fernandez Mirola v. The State of Texas          COUNTY: Childress

COA DISPOSITION: AFFIRMED          TRIAL COURT: 100th District Court

DATE: 04/30/2015          Publish: NO   TC CASE #: 5635

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Salvador Fernandez Mirola v. The State of Texas          CCA #: **839-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _10/07/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**